# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: DOBBS, MICHAEL C  § Case No. 07-21452
DOBBS, LORI A § 
§
Debtors §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

*The Final Report shows receipts of*     $ 19,022.28

*and approved disbursements of*     $ 9,492.04

*leaving a balance of*     $ 9,530.24

Claims of secured creditors will be paid as follows:

*Claimant*     *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | MICHAEL G. BERLAND | $ 1,842.19 | $ |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |

**UST Form 101-7-NFR (4/1/2009)**

*Other* _____ $_____ $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 193,826.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Capital Recovery One | $ 1,039.46 | $ 41.23 |
| 3 | TARGET NATIONAL BANK | $ 3,020.15 | $ 119.79 |
| 4 | Alexander Lumber Company | $ 11,821.22 | $ 468.86 |
| 5 | CHASE BANK USA | $ 947.81 | $ 37.59 |
| 6 | US Bank/Retail Payment Solutions | $ 4,659.43 | $ 184.80 |
| 7 | Citizens First National Bank | $ 168,017.88 | $ 6,664.00 |
| 8 | Marathon Petroleum Company LLC | $ 247.16 | $ 9.80 |

**UST Form 101-7-NFR (4/1/2009)**

| | | | |
|---|---|---|---|
| 9 | Household Bank (SB), N.A. | $ 1,853.65 | $ 73.52 |
| 10 | Chase Bank USA, N.A | $ 2,219.93 | $ 88.05 |

Late filed general (unsecured) claims are as follows:

*Claim Number    Claimant                          Allowed Amt. of Claim    Proposed Payment*

          N/A

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number    Claimant                          Allowed Amt. of Claim    Proposed Payment*

          N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (4/1/2009)**

    The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

219 S. Dearborn
Chicago, IL

    If local court rules so require, the following procedure for objecting must be followed:

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 08/28/2009 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date:  07/21/2009     By:  /s/MICHAEL G. BERLAND
                                                                       Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (4/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: kseldon              Page 1 of 1                   Date Rcvd: Jul 28, 2009
Case: 07-21452                 Form ID: pdf006            Total Noticed: 31

The following entities were noticed by first class mail on Jul 30, 2009.
db/jdb        +Michael C Dobbs,    Lori A Dobbs,    15646E Griswold Springs Rd.,    Plano, IL 60545-9668
aty           +Bradley S Covey,    Springer, Brown,Covey, Gaertner & Davis,    232 S Batavia Ave,
                Batavia, IL 60510-3169
tr            +Michael G Berland,    1 N LaSalle St,   No.1775,   Chicago, IL 60602-4065
11894159      +Alexander Lumber Company,    PO Box 831,    Aurora, IL 60507-0831
11752090      +BP Cardmember Services,    PO Box 15325,    Wilmington, DE 19886-5325
11954700      +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
11752091      +Cabelas Visa,   Box 82575,    Lincoln, NE 68501-2575
11752092      +Card Member Services,    PO Box 790408,    Saint Louis, MO 63179-0408
12049451      +Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,    P O Box 740933,   Dallas,Tx 75374-0933
11752093      +Citizens First National Bank,    c/o Thomas W. Grant,    POO Box 326,    Yorkville, IL 60560-0326
12182749      +Eureka Savings Bank,    %Holland Law Office,    P.O.Box 177,    Mendota, IL 61342-0177
11752094     +++Eureka Savings Bank,   c/o Holland Law Office,    PO Box 177,   Mendota, IL 61342-0177
11752095      +Eureka Savings Bank,    PO Box 709,    Mendota, IL 61342-0709
11752097      +GMAC,   Box 9001948,    Louisville, KY 40290-1948
11752098      +Home Depot Credit,    Processing Center,    Des Moines, IA 50364-0001
12009901      +Household Bank (SB), N.A.,    (Menards),    eCAST Settlement Corporation,
                c/o Bass & Associates, P.C.,     3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
11752100      +Macys,   PO Box 689195,    Des Moines, IA 50368-9195
11752101      +Marathan Gas Card,    PO Box 740109,    Cincinnati, OH 45274-0109
11963784      +Marathon Petroleum Company LLC,    P O Box 81,   Findlay, OH 45839-0081
11752102      +Mernards Retail Services,    PO Box 17602,    Baltimore, MD 21297-1602
11925422      +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
11752104      +Target National Bank,    Box 59317,    Minneapolis, MN 55459-0317
11752105      +The National Bank & Trust CO.,    230 W. State St.,   Sycamore, IL 60178-1489
11960598      +US Bank/Retail Payment Solutions,    PO Box 5229,    Cincinnati, OH 45201-5229
11752106      +Victoria Secret,    PO Box 659728,    San Antonio, TX 78265-9728
11752107      +Washington Mutual,    PO Box 660487,    Dallas, TX 75266-0487

The following entities were noticed by electronic transmission on Jul 29, 2009.
12585615      +E-mail/PDF: rmscedi@recoverycorp.com Jul 29 2009 02:16:42      Capital Recovery One,
                25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
11752099      +E-mail/PDF: cr-bankruptcy@kohls.com Jul 29 2009 02:16:49      Kohls Payment Center,   PO Box 2983,
                Milwaukee, WI 53201-2983
12585616       E-mail/PDF: rmscedi@recoverycorp.com Jul 29 2009 02:18:03
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
11914379      +E-mail/PDF: rmscedi@recoverycorp.com Jul 29 2009 02:18:10
                Recovery Management Systems Corporation,    For GE Money Bank,    dba SAM'S CLUB,
                25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
11752103      +E-mail/PDF: gecsedi@recoverycorp.com Jul 29 2009 02:16:45      Sams Club,   PO Box 530942,
                Atlanta, GA 30353-0942
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Michael G Berland,    1 N LaSalle St, No.1775,    Chicago, IL 60602-4065
11752096*     +Eureka Savings Bank,    PO Box 709,    Mendota, IL 61342-0709
                                                                                               TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 30, 2009**                **Signature:**  *Joseph Speetjens*